454 A.2d 147

Cedar Valley Civ. Ass'n v. Schnabel et ux., Appellants.
Reargument Denied Jan. 26, 1983.

Petition for Allowance of Appeal Denied April 19, 1983.

Argued June 21, 1982. James D. Crawford, for appellants; Albert McBride, Jr., submitted a brief on behalf of appellees.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The final decree and order is affirmed.